AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| PRESTIGE STONE & PAVERS CORP.  )<br>)<br>)<br>)<br>*Plaintiff(s)*  )<br>v.  )<br>GRANICOR, INC.  )<br>)<br>)<br>)<br>*Defendant(s)*  ) | Civil Action No. 22cv6065 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Granicor Inc.
300 rue de Rotterdam
Saint-Augustin-De Demaures (Quebec) G3A1T4
Canada

450 10e Rang
Saint-Gedeon (Quebec) G0W2P0
Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Avallone & Bellistri, LLP
Rocco G. Avallone
3000 Marcus Avenue Suite 3E7
Lake Success, NY 11042
United States

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   **July 18, 2022**                         /S/ S. James
                                                  *Signature of Clerk or Deputy Clerk*