UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PRESTIGE STONE & PAVERS CORP.,

                      Plaintiff,                      **ORDER**

          -against-                        **22-CV-6065 (JSR) (JW)**

GRANICOR, INC.,

                      Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for settlement. Dkt. No. 10. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis by December 23, 2022 via email at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in January or February 2023. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

SO ORDERED.

DATED:    New York, New York
                 December 12, 2022

                                                                       _____
                                                                       JENNIFER E. WILLIS
                                                                       United States Magistrate Judge