UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRESTIGE STONE & PAVERS CORP., <br><br> Plaintiff, <br><br> v. <br><br> GRANICOR INC., <br><br> Defendant. | Civil Action No.: 1:22-cv-06065-JSR |

## [PROPOSED] ORDER OF DISMISSAL

The parties, by counsel, have represented to the Court that this matter has been settled and resolved, by consent of the parties and for good cause shown, the Court <u>GRANTS</u> the parties' Consent Motion to Dismiss Plaintiff's Complaint. Plaintiff's Complaint and all Claims and Counter-Claims that were or could have been asserted therein are hereby dismissed as settled with prejudice, each party to bear its own costs, expenses and attorneys' fees.

SO ORDERED This 30th Day of March, 2023:

The Honorable _____
United States District Judge

1

**WE ASK FOR THIS:**

GRANICOR INC.

By:     /s/ Nicole Sullivan
                Counsel

Nicole Sullivan
White and Williams LLP
7 Times Square, Suite 2900
New York, NY 10036-6524
Tel: (212) 631-4420
Fax: (212) 631-4429
Email: Sullivann@whiteandwilliams.com

Michael C. Whitticar (VSB No. 32968)
NOVA IP Law, PLLC
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Tel: (571) 386-2980
Fax: (855) 2965-0740
Email: mikew@novaiplaw.com


**SEEN AND AGREED TO:**

PRESTIGE STONE & PAVERS CORP.

By:     /s/ Rocco G. Avallone
                Counsel

AVALLONE &amp; BELLISTRI, LLP
Rocco G. Avallone, Esq.
3000 Marcus Avenue, Suite 3E07
Lake Success, NY 11042
(516) 986-2500
ravallone@lawyersab.com
Attorneys for Plaintiff

2